# Invoice

George A. Gavalla
11 Cherry Hill Road
Norwich, CT. 06360
Tel. 860-886-8104
Fax 860-204-9129

............................................................

| | |
|---|---|
| Billed To: | Coffey Kaye Myers & Olley<br>Two Bala Plaza, Suite 718<br>Bala Cynwyd, PA 19004 |
| Date: | December 30, 2015 |
| Services Rendered: | Site Inspection, Safety Analysis Report by George A. Gavalla |
| Re: | *John Donahue v New Jersey Transit Rail Operations, Inc.: Case No. 14-035673; In the U.S. District, District of New Jersey* |
| Billing Period: | From: December 16, 2015; To: December 16, 2015 |
| Rate: | $250 per hour for investigative and consulting services<br>$100 per hour for travel time |

............................................................

## Itemized Time and Charges

**Hourly Fees:**

| Date | Time | Charges | Summary of Activities |
|---|---|---|---|
| 12/16/2015 | 3.5 Hrs. | $ 350 | Travel to Kearney, NJ: Travel time @ $100/hr. |
| 12/16/2015 | 2.0 Hrs. | $ 500 | Attend Site Inspection |
| 12/16/2015 | 3.5 Hrs. | $ 350 | Return Travel from Kearney: Travel time @ $100/hr. |

**Total Hourly Fees**          $1,200.00

**Expenses:**

| | | |
|---|---|---|
| 12/16/2015 | $246.50 | Mileage: 294 mi @$.575/mi = $169.05; Tolls: $2.45; Per Diem: $75 |

**Total Expenses:**       $ 246.50

---

**Total Fees and Expenses:**   $ 1,446.50

**Payments Received:**         ($      0.00)

**Balance Due:**               $ 1,446.50

**Please remit payment to:**   George Gavalla
                               11 Cherry Hill Road
                               Norwich, CT 06360



N.J. TURNPIKE

ENTRY EXIT LANE CLASS     TOLL
 18W  15W   11    01   PD $2.45

12/16/2015 07:00
Trans. No.: 269321
Collector ID:015944

Thank You